JS-6

LAW OFFICES LOPEZ & ASSOCIATES
ANTHONY R. LOPEZ (State Bar No. 149653)
9025 Wilshire Blvd., Suite 500
Beverly Hills, CA 90211
Telephone: (310) 276-4700

THE MENCHACA LAW FIRM
ALEJANDRO MENCHACA (State Bar No. 220471)
9025 Wilshire Blvd., Suite 500
Beverly Hills, CA 90211
Telephone: (213) 792-0877

LOPEZ & PRAJIN
GEORGE L. PRAJIN (State Bar No. 280055)
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
(949)200-4607

Attorneys for Plaintiff, Jenni Rivera Enterprises, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI RIVERA ENTERPRISES, INC. | Case No. CV 14-07614-GW(ASx) |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| LAURA LUCIO and DOES 1-5, inclusive, | |
| Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE**

- 1 -

     Having duly considered the Joint Stipulation of Dismissal with Prejudice submitted by the Parties and good cause showing, the Court hereby ORDERS that the Plaintiff's Complaint in the above entitled action is dismissed with prejudice, with each side to bear its own attorney fees and cost.

     Pursuant to, FRCP Rule 41(a)(1)(ii), Plaintiff Jenni Rivera Enterprises, Inc. and Defendant Laura Lucio by and through their respective undersigned attorneys of record hereby stipulate that the above entitled action shall be and hereby is dismissed in its entirely with prejudice each side to bear its own attorney fees and costs.

IT IS SO ORDERED.

DATED:  September 23, 2015          By: _____
                                                      HON. GEORGE H. WU
                                                      United States District Judge